HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
NATALIE MIDDLETON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00101-AWI-BAM-4 |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS BRIEFING SCHEDULE AND MOTION HEARING; ORDER |
| vs. | |
| NATALIE MIDDLETON, | DATE: June 22, 2015 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Andras Farkas, Counsel for Defendant Natalie Middleton, that the motion hearing scheduled for May 26, 2015 at 10:00 a.m., before Honorable Anthony W. Ishii may be continued to June 22, 2015 at 10:00 a.m.  It is further stipulated that the motions briefing schedule be set as follows:

    Defendant's Motion Due:    April 17, 2015

    Government's Response Due :    May 15, 2015

    Defendant's Reply Due:    May 29, 2015

    Motion Hearing:    June 22, 2015, at 10:00 a.m.

The reason for this continuance request is that defense counsel has been in trial for the past two weeks and was preparing for the trial two weeks prior to that.  The trial and motions in

other matters have also interfered with the preparation of motions.  The requested continuance will conserve time and resources for both parties and the court.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

Dated:  April 1, 2015                       /s/ *Karen A. Escobar*
                                                    KAREN A. ESCOBAR
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

Dated:  April 1, 2015                       /s/ *Andras Farkas*
                                                    ANDRAS FARKAS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    NATALIE MIDDLETON

                                                  O R D E R

    For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  April 1, 2015                                            [signature]
                                                    SENIOR DISTRICT JUDGE