HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
NATALIE MIDDLETON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00101-AWI-BAM-4 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTIONS BRIEFING SCHEDULE AND MOTION HEARING |
| vs. | |
| NATALIE MIDDLETON, | DATE:     June 29, 2015<br>TIME:     10:00 a.m.<br>JUDGE:    Honorable Anthony W. Ishii |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender Andras Farkas, Counsel for Defendant Natalie Middleton, that the motion hearing scheduled for June 22, 2015 at 10:00 a.m., before Honorable Anthony W. Ishii may be continued to June 29, 2015 at 10:00 a.m.  It is further stipulated that the motions briefing schedule be set as follows:

    Defendant's Motion Due:        May 8, 2015

    Government's Response Due :      June 5, 2015

    Defendant's Reply Due:         June 19, 2015

    Motion Hearing:                June 29, 2015, at 10:00 a.m.

    This continuance is being requested by defense counsel, who needs additional time to investigate potential issues involved in the motion.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  April 16, 2015         /s/ *Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  April 16, 2015         /s/ *Andras Farkas*
ANDRAS FARKAS
Assistant Federal Defender
Attorney for Defendant
NATALIE MIDDLETON

O R D E R

IT IS SO ORDERED. For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   April 16, 2015         
SENIOR  DISTRICT  JUDGE