HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
NATALIE MIDDLETON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00101-DAD-BAM |
| Plaintiff, | |
| vs. | DEFENDANT NATALIE MIDDLETON'S MOTION TO INSPECT AND COPY PASSPORT; [PROPOSED] ORDER |
| NATALIE MIDDLETON, | |
| Defendant. | |

Defendant Natalie Middleton, by and through her counsel of record, Assistant Federal Defender Erin Snider, hereby moves this Court for an order permitting defense counsel to inspect and copy Ms. Middleton's passport, which is currently in the possession of the Clerk of Court.

In its sentencing memorandum, the government claims that Ms. Middleton "spent most of her earnings that were derived from drug proceeds on luxury items, such as a trip to Spain and a time share at Lake Tahoe in Nevada, the subject of the money laundering charge to which [Ms.] Middleton pleaded guilty." Docket No. 233 at 10.  Defense counsel is informed and believes that Ms. Middleton did not use any of the money she earned in her capacity as a sales representative for ZenBio on a trip to Spain.  Defense counsel believes that Ms. Middleton's passport, which is currently in the possession of the Clerk of Court in accordance with the conditions of Ms. Middleton's pretrial release, *see* Docket No. 18 at 6, will resolve this factual issue.

Accordingly, Ms. Middleton moves the Court for an order directing the Clerk of Court to allow defense counsel to inspect and copy Ms. Middleton's passport.

                                  Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: October 6, 2016                */s/ Erin Snider*
                                  ERIN SNIDER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  NATALIE MIDDLETON

## **O R D E R**

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to permit defense counsel to inspect and copy Natalie Middleton's passport.

IT IS SO ORDERED.

Dated:   **October 6, 2016**           /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE